| | |
|---|---|
| 1 | JORDAN ETH (CA SBN 121617) |
|   | JEth@mofo.com |
| 2 | ANNA ERICKSON WHITE (CA SBN 161385) |
|   | AWhite@mofo.com |
| 3 | CRAIG D. MARTIN (CA SBN 168195) |
|   | CMartin@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 5 | San Francisco, California  94105-2482 |
|   | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | Attorneys for Defendant |
|   | UCBH HOLDINGS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL NYGAARD, WENDY FONG, and JAMES ELAM, on Behalf of Themselves and All Others Similarly Situated, | Case No.   CV 09-4505 VRW |
| Plaintiffs, | CLASS ACTION |
| vs. | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| UCBH HOLDINGS, INC., THOMAS S. WU, CRAIG S. ON, and EBRAHIM SHABUDIN, | |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
Case No. CV 09-4505 VRW
sf-2751087

1   WHEREAS, Plaintiffs commenced this Action by filing a complaint dated September 24,
2   2009 (the "Complaint");

3   WHEREAS, the Complaint asserts claims under sections 10(b) and 20(a) of the Securities
4   Exchange Act of 1934 on behalf of a purported class;

5   WHEREAS, there have been five other complaints (listed below) filed since September
6   11, 2009, involving substantially the same claims and overlapping parties, and those actions are
7   pending in the United States District Courts for the Northern District of California:

8   - *Zhu v. UCHB Holdings, Inc. et al* (3:09-cv-04208-JSW), filed September 11, 2009;
9   - *Tran v. UCBH Holdings, Inc. et al* (3:09-cv-04429-JSW), filed September 21, 2009;
10  - *Waterford v. UCBH Holdings, Inc. et al* (3:09-cv-04449-MHP), filed September 22,
11    2009;
12  - *Perez v. UCBH Holdings, Inc. et al* (3:09-cv-04492-JSW), filed September 23, 2009;
13    and
14  - *Durbin v. UCBH Holdings, Inc. et al* (3:09-cv-04513-JSW), filed September 24, 2009;

15  WHEREAS, motions to consolidate these actions into a single action and to appoint a lead
16  plaintiff are expected to be filed;

17  WHEREAS, the parties understand that the lead plaintiff in these actions will file a
18  consolidated complaint;

19  WHEREAS, the parties agree that defendants UCBH Holdings, Inc., Thomas S. Wu,
20  Craig S. On, and Ebrahim Shabudin (collectively the "Defendants") should respond to the
21  consolidated complaint filed by lead plaintiff and not to the individual complaints; and

22  WHEREAS, the parties have agreed to a schedule that extends Defendants' time to
23  respond to the Complaint until after a consolidated complaint has been filed.

24  IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as
25  follows:

26  1.   Defendants shall not be required to answer or otherwise respond to the complaint
27  in this action; and

28

2. Defendants shall answer or otherwise respond to a consolidated complaint on a schedule to be agreed upon with the lead plaintiff, or set by the Court.

SO STIPULATED.

Dated: October 13, 2009

JORDAN ETH
ANNA ERICKSON WHITE
CRAIG D. MARTIN
MORRISON & FOERSTER LLP

By: /s/ Anna Erickson White
    Anna Erickson White

Attorneys for Defendant
UCBH HOLDINGS, INC.

Dated: October 13, 2009

TIMOTHY P. CRUDO
Timothy.Crudo@lw.com
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel.: (415) 391-0600
Fax: (415) 395-8095

By: /s/ Timothy P. Crudo
    Timothy P. Crudo

Attorney for Defendant Thomas Wu

Dated: October 13, 2009

NANCI CLARENCE
nclarence@clarencedyer.com
Clarence & Dyer LLP
899 Ellis Street
San Francisco, CA 94109
Tel.: (415) 749-1800
Fax: (415) 749-1694

By: /s/ Nanci Clarence
    Nanci Clarence

Attorney for Defendant Craig On

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 13, 2009 | JAMES A. LASSART<br>JLassart@rmkb.com |
| 3 | | Ropers Majeski Kohn Bentley<br>201 Spear Street, Suite 1000<br>San Francisco, CA 94105 |
| 4 | | Tel.: (415) 543-4800<br>Fax: (415) 972-6301 |
| 5 | | |
| 6 | | By: /s/ James A. Lassart<br>     James A. Lassart |
| 7 | | Attorney for Defendant Ebrahim Shabudin |
| 8 | Dated: October 13, 2009 | ROBERT S. GREEN<br>Green Welling, P.C. |
| 9 | | 595 Market Street, Suite 2750<br>San Francisco, CA 94105 |
| 10 | | Tel.: (415) 477-6700<br>Fax: (415) 477-6710 |
| 11 | | |
| 12 | | RALPH M. STONE<br>AMANDA C. SCUDER |
| 13 | | rstone@lawssb.com<br>ascuder@lawssb.com |
| 14 | | Shalov Stone Bonner & Rocco LLP<br>485 Seventh Avenue, Suite 1000 |
| 15 | | New York, NY 10018<br>Tel.: (212) 239-4340 |
| 16 | | Fax: (212) 239-4310 |
| 17 | | |
| 18 | | By: /s/ Robert S. Green<br>     Robert S. Green |
| 19 | | Attorneys for Plaintiffs |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: Oct. 21, 2009

GRANTED

Judge Vaughn R Walker

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

---

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
Case No. CV 09-4505 VRW
sf-2751087

3

1  I, Anna Erickson White, am the ECF User whose ID and password are being used to file
2  this Stipulation and [Proposed] Order Extending Time to Respond to Complaint.  In compliance
3  with General Order 45, X.B., I hereby attest that Timothy P. Crudo, Nanci Clarence, James A.
4  Lassart, and Robert S. Green have concurred in this filing.

By: /s/ Anna Erickson White
         Anna Erickson White