Joseph J. Tabacco, Jr. (75484)
Email: jtabacco@bermandevalerio.com
Nicole Lavallee (165755)
Email: nlavallee@bermandevalerio.com
Anthony D. Phillips (259688)
Email: aphillips@bermandevalerio.com
**BERMAN DEVALERIO**
425 California Street, 21st Floor
San Francisco, California 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Kenneth I. Trujillo (*pro hac vice application pending*)
Email: ktrujillo@trrlaw.com
Ira Neil Richards (*pro hac vice application pending*)
Email: ira@trrlaw.com
Jennifer Agnew (*pro hac vice application pending*)
Email: jagnew@trrlaw.com
**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
1717 Arch Street, Suite 3838
Philadelphia, PA 19103
Telephone: (215) 731-9004
Facsimile: (215) 731-9044

***Attorneys for Proposed Co-Lead Plaintiffs Louisiana Municipal Police Employees' Retirement System and City of Philadelphia Board of Pensions and Retirement and Proposed Co-Lead Counsel***

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUOHUA ZHU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UCBH HOLDINGS, INC., THOMAS S. WU, and EBRAHIM SHABUDIN,<br><br>Defendants. | Case No. C-09-04208 JSW<br><br>CLASS ACTION<br><br>**MEMORANDUM OF THE LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM AND THE CITY OF PHILADELPHIA BOARD OF PENSIONS AND RETIREMENT IN RESPONSE TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF**<br><br>DATE: December 18, 2009<br>TIME: 9:00 a.m.<br>CTRM: 11, 19th Floor |

| | |
|---|---|
| TRAN,<br>Plaintiff,<br>vs.<br>UCBH HOLDINGS, INC.,<br>Defendants. | Case No. 09-cv-04429-JSW |
| WATERFORD TOWNSHIP GENERAL EMPLOYEES' RETIREMENT SYSTEM,<br>Plaintiff,<br>vs.<br>UCBH HOLDINGS, INC.,<br>Defendants. | Case No. 09-cv-04449-MHP |
| PEREZ,<br>Plaintiff,<br>vs.<br>UCBH HOLDINGS, INC.,<br>Defendants. | Case No. 09-cv-04492-JSW |
| NYGAARD,<br>Plaintiff,<br>vs.<br>UCBH HOLDINGS, INC.,<br>Defendants. | Case No. 09-cv-04505-VRW |
| DURBIN,<br>Plaintiff,<br>vs.<br>UCBH HOLDINGS, INC.,<br>Defendants. | Case No. 09-cv-04513-JSW |

**MEMORANDUM**

The Louisiana Municipal Police Employees' Retirement System and the City of Philadelphia Board of Pensions and Retirement (collectively, the "Pension Funds") respectfully submit this Memorandum in response to all other motions for appointment as Lead Plaintiff in the above-captioned actions. The Private Securities Litigation Reform Act of 1995 requires the Court to appoint as Lead Plaintiff the person or group of persons with the largest financial interest in the litigation that otherwise satisfies the requirements of Rule 23 of the Federal Rule of Civil Procedure. 15 U.S.C. § 78u-4(a)(3)(B)(iii).

The Pension Funds, through their undersigned counsel, have reviewed the submissions of the other movants seeking appointment as Lead Plaintiff. It appears that several other movants assert larger financial interests than the Pension Funds. In the event that the Court declines to appoint any of those movants for any reason, the Pension Funds remain willing and able to serve as Lead Plaintiff and to prosecute this case in the best interests of the class.

Dated: November 25, 2009

**BERMAN DEVALERIO**

By: ______________________
Nicole Lavallee

Joseph J. Tabacco, Jr.
Anthony D. Phillips
425 California Street, Suite 2100
San Francisco, CA 94104-2205
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Kenneth I. Trujillo
Ira Neil Richards
Jennifer Agnew
**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
1717 Arch Street, Suite 3838
Philadelphia, PA 19103
Telephone: (215) 731-9004
Facsimile: (215) 731-9044

***Attorneys for Proposed Co-Lead Plaintiffs Louisiana Municipal Police Employees' Retirement System and City of Philadelphia Board of Pensions and Retirement and Proposed Co-Lead Counsel***