JORDAN ETH (CA SBN 121617)
JEth@mofo.com
ANNA ERICKSON WHITE (CA SBN 161385)
AWhite@mofo.com
CRAIG D. MARTIN (CA SBN 168195)
CMartin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:   415.268.7000
Facsimile:   415.268.7522

Attorneys for Defendant
UCBH Holdings, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUOHUA ZHU, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>UCBH HOLDINGS, INC., THOMAS S. WU, and EBRAHIM SHABUDIN,<br><br>　　　　　　　　Defendants. | Case No.   CV 09-04208-JSW<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER RELATING CASES [CIV. L.R. 3-12]**<br><br>Related Cases:<br><br>*Tran*, CV-09-4429-JSW<br>*Perez*, CV-09-4492-JSW<br>*Durbin*, CV-09-4513-JSW |

1   WHEREAS, on September 11, 2009, plaintiff Guohua Zhu filed a complaint that asserts
2   claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange
3   Act") on behalf of a purported class ("*Zhu*");
4   WHEREAS, on September 30, 2009, this Court granted Motions to Relate Cases to *Zhu*
5   thereby finding that the *Zhu* action was related to *Tran v. UCBH Holdings, Inc. et al* (3:09-cv-
6   04429-JSW) ("*Tran*"); *Perez v. UCBH Holdings, Inc. et al* (3:09-cv-04492-JSW) ("*Perez*"); and
7   *Durbin v. UCBH Holdings, Inc. et al* (3:09-cv-04513-JSW) ("*Durbin*");
8   WHEREAS, on September 22, 2009, plaintiff Waterford Township General Employees
9   Retirement System filed a complaint that asserts claims under Sections 10(b) and 20(a) of the
10  Exchange Act on behalf of a purported class ("*Waterford*");
11  WHEREAS, on September 24, 2009, plaintiffs Daniel Nygaard, Wendy Fong, and James
12  Elam filed a complaint that asserts claims under Sections 10(b) and 20(a) of the Exchange Act on
13  behalf of a purported class ("*Nygaard*"); and
14  WHEREAS, the parties believe the *Waterford* and *Nygaard* actions should be related to
15  the *Zhu, Tran, Perez, and Durbin* actions because (1) they involve substantially the same parties,
16  property, transactions, and events; and (2) it appears likely that there will be an unduly
17  burdensome duplication of labor and expense or conflicting results if the cases are conducted
18  before different judges;
19  IT IS HEREBY STIPULATED AND AGREED among the undersigned parties that the
20  cases should be related, as requested in Defendants' Administrative Motion to Relate Cases, filed
21  herewith.

SO STIPULATED.

Dated: October 23, 2009

JORDAN ETH
ANNA ERICKSON WHITE
CRAIG MARTIN

MORRISON & FOERSTER LLP


By: /s/ Anna Ericson White
      Anna Erickson White

Attorneys for Defendant UCBH Holdings, Inc.

Dated: October 23, 2009

TIMOTHY P. CRUDO
Timothy.Crudo@lw.com
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel.: (415) 391-0600
Fax: (415) 395-8095

By: /s/ Timothy P. Crudo
      Timothy P. Crudo

Attorney for Defendant Thomas Wu

Dated: October 23, 2009

NANCI CLARENCE
nclarence@clarencedyer.com
Clarence & Dyer LLP
899 Ellis Street
San Francisco, CA 94109
Tel.: (415) 749-1800
Fax: (415) 749-1694

By: /s/ Nanci Clarence
      Nanci Clarence

Attorney for Defendant Craig On

Dated: October 23, 2009

JAMES A. LASSART
Jlassart@rmkb.com
Ropers Majeski Kohn Bentley
201 Spear Street, Suite 1000
San Francisco, CA 94105
Tel.: (415) 543-4800
Fax: (415) 972-6301

By: /s/ James A. Lassart
      James A. Lassart

Attorney for Defendant Ebrahim Shabudin

STIPULATION AND [P̶r̶o̶p̶o̶s̶e̶d̶] ORDER RELATING CASES
CASE NO. 09-04208-JSW
sf-2751982

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 23, 2009 | LAURENCE M. ROSEN<br>lrosen@rosenlegal.com |
| 3 | | The Rosen Law Firm, P.A.<br>333 South Grand Avenue |
| 4 | | 25th Floor<br>Los Angeles, CA 90071 |
| 5 | | Tel.: (213) 785-2610<br>Fax: (213) 226-4684 |
| 6 | | PHILLIP KIM |
| 7 | | pkim@rosenlegal.com<br>The Rosen Law Firm, P.A. |
| 8 | | 350 5th Avenue<br>Suite 5508 |
| 9 | | New York, NY 10118<br>Tel: (212) 686-1060 |
| 10 | | Fax: (212) 202-3827 |
| 11 | | By: /s/ Laurence M. Rosen<br>        Laurence M. Rosen |
| 12 | |         Attorneys for Plaintiff Guohua Zhu |
| 13 | Dated: October 23, 2009 | ERIK D. PETERSON |
| 14 | | RAMZI ABADOU<br>epeterson@btkmc.com |
| 15 | | rabadou@btkmc.com<br>Barroway Topaz Kessler Meltzer Check, LLP |
| 16 | | 580 California Street<br>Suite 1750 |
| 17 | | San Francisco, CA 94104<br>Tel.: (415) 400-3000 |
| 18 | | Fax: (415) 400-3001 |
| 19 | | By: /s/ Erik D. Peterson<br>        Erik D. Peterson |
| 20 | |         Attorneys for Plaintiff Salvador Perez |

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER RELATING CASES
CASE NO. 09-04208-JSW
sf-2751982

3

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  October 23, 2009 | MICHAEL M. GOLDBERG<br>LIONEL Z. GLANCY |
| 3 | | info@glancylaw.com<br>Glancy Binkow & Goldberg LLP |
| 4 | | 1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067 |
| 5 | | Tel.: (310) 201-9150<br>Fax: (310) 201-9160 |
| 6 | | By: /s/ Michael M. Goldberg |
| 7 | | Michael M. Goldberg |
| 8 | | Howard G. Smith<br>Law Offices Of Howard G. Smith |
| 9 | | 3070 Bristol Pike, Suite 112<br>Bensalem, PA 19020 |
| 10 | | Telephone: (215) 638-4847<br>Facsimile: (215) 638-4867 |
| 11 | | Attorneys for Plaintiffs Dominique Durbin |
| 12 | | and Huy Tran |
| 13 | | Ira M. Press<br>Kirby McInerney LLP |
| 14 | | 825 Third Ave, 16th Floor<br>New York, NY 10022 |
| 15 | | Telephone: (212) 317-2300<br>Facsimile: (212) 751-2540 |
| 16 | | Brian P. Murray |
| 17 | | Murray, Frank & Sailer LLP<br>275 Madison Avenue, Suite 801 |
| 18 | | New York, New York 10016<br>Telephone:     (212) 682-1818<br>Facsimile:      (212) 682-1892 |
| 19 | | |
| 20 | | Attorneys for Plaintiff Dominique Durbin |
| 21 | Dated:  October 23, 2009 | SHAWN A. WILLIAMS<br>shawnw@csgrr.com |
| 22 | | Coughlin Stoia Geller Rudman & Robbins LLP<br>100 Pine Street, 26th Floor |
| 23 | | San Francisco, CA 94111<br>Tel.: (415) 288-4545 |
| 24 | | Fax: (415) 288-4534 |
| 25 | | and |
| 26 | | DARREN J. ROBBINS<br>DAVID C. WALTON |
| 27 | | MATTHEW P. MONTGOMERY<br>darrenr@csgrr.com |
| 28 | | davew@csgrr.com<br>mattm@csgrr.com |

STIPULATION AND [PROPOSED] ORDER RELATING CASES
CASE NO. 09-04208-JSW
sf-2751982

4

|   |   |
|---|---|
| 1 | 655 West Broadway, Suite 1900 |
| 2 | San Diego, CA 92101<br>Tel.: (619) 231-1058 |
|   | Fax: (619) 231-7423 |

By: /s/ Shawn A. Williams
    Shawn A. Williams

Attorneys for Plaintiff Waterford Township
General Employees Retirement System

Dated: October 23, 2009

ROBERT S. GREEN
Green Welling, P.C.
595 Market Street, Suite 2750
San Francisco, CA 94105
Tel.: (415) 477-6700
Fax: (415) 477-6710

RALPH M. STONE
AMANDA C. SCUDER
rstone@lawssb.com
ascuder@lawssb.com
Shalov Stone Bonner & Rocco LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
Tel.: (212) 239-4340
Fax: (212) 239-4310

By: /s/ Robert S. Green
    Robert S. Green

Attorneys for Plaintiffs Daniel Nygaard,
Wendy Fong and James Elam

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _December 14_, 2009

                  The Honorable Jeffrey S. White
                  United States District Judge