United States District Court
For the Northern District of California

1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9   GUOHUA ZHU, Individually and On Behalf
    of All Others Similarly Situated,
10
                                                    No. C 09-4208 JSW
           Plaintiff,                               No. C 09-4429 JSW
11                                                  No. C 09-4449 JSW
      v.                                            No. C 09-4513 JSW
12                                                  No. C 09-4505 JSW
    UCBH HOLDINGS, INC., THOMAS S. WU,
13  and EBRAHIM SHABUDIN,                           **ORDER VACATING HEARING
                                                    AND REQUIRING FURTHER
14         Defendants.                              BRIEFING**
15
16  HUY TRAN, Individually and On Behalf of
    All Others Similarly Situated,
17
           Plaintiff,
18
      v.
19
    UCBH HOLDINGS, INC., THOMAS S. WU,
20  and CRAIG ON,

21         Defendants.

22  DOMINIQUE DURBIN, Individually and On
    Behalf of All Others Similarly Situated,
23
           Plaintiff,
24
      v.
25
    UCBH HOLDINGS, INC., THOMAS S. WU,
26  and CRAIG ON.

27         Defendants.

28

| | |
|---|---|
| WATERFORD TOWNSHIP GENERAL EMPLOYEES RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | |
| v. | |
| UCBH HOLDINGS, INC., THOMAS S. WU, CRAIG ON, and EBRAHIM SHABUDIN, | |
| Defendants. | |
| DANIEL NYGAARD, WENDY FONG, JAMES ELAM, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiffs, | |
| v. | |
| UCBH HOLDINGS, INC., THOMAS S. WU, CRAIG ON, and EBRAHIM SHABUDIN, | |
| Defendants. | |

The Court HEREBY VACATES the hearing on the pending motions to appoint lead counsel and select lead plaintiff and will reset the hearing at a later date, if necessary. The Court directs the parties to file a supplemental brief on the issue of whether hearing claims against the individual defendants, separate from the claims against defendant UCBH Holdings, Inc. ("UCBH"), would be in the interests of judicial economy and conserving the parties' resources. The parties shall file such supplemental briefs by no later than December 23, 2009.

Moreover, the Court notes that the bankruptcy trustee for UCBH did not respond to the Court's order to show cause. Although this matter is automatically stayed with respect to UCBH, the Court would like to hear UCBH's perspective on whether its interests would be harmed by these actions proceeding against the individual defendants, in addition to UCBH's

///

///

///

opinion on whether hearing claims against the individual defendants and UCBH separately would be in the interests of judicial economy and conserving the parties' resources.

**IT IS SO ORDERED.**

Dated: December 14, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE